```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                      Case No. 14-04883-HWV
Jason R Kuntz                                                               Chapter 13
Windy A Kuntz
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2                  Date Rcvd: Jan 14, 2020
                              Form ID: fnldecnd            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db/jdb         +Jason R Kuntz,    Windy A Kuntz,    712 Erford Road,    Camp Hill, PA 17011-1125
4561013        +Bank of America,    Attn: Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
4804549         Bank of America, N.A.,    P.O. Box 31785,    Tampa FL 33631-3785
4607443         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4561015        +Bradford Exchange Online,    9333 N. Milwaukee Ave,    Niles, IL 60714-1392
4561016         Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561022        +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4561024        +CACH, LLC,    c/o Allen Smith Law Firm,    1276 Veteran's hwy, Suite E-1,
                 Bristol, PA 19007-2597
4561027        +Cbe Group,    131 Tower Park Dri,    Waterloo, IA 50701-9374
4561028         Computer Credit Inc.,    Claim Dept 082515,    P.O. Box 5238,    Winston Salem, NC 27113-5238
4561030        +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
4561031        +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
4561032        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4602922         FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
4561039        +Holy Spirit Hospital,    503 North 21st Street,    Camp Hill, PA 17011-2288
4561043        +Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
4561048         Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
4561050        +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
4978167         Sprint Corp Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
4561051         State Collection Service Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
4622497         US Dept of Education,    PO Box 16448,    St. Paul, MN 55116-0448
4561054        +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                 Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4612716        +E-mail/Text: g20956@att.com Jan 14 2020 19:15:05     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921,    908-532-1957    km1426@att.com 07921-2693
4561012        +E-mail/Text: bkrpt@retrievalmasters.com Jan 14 2020 19:14:50     Amca,    2269 S Saw Mill,
                 Elmsford, NY 10523-3832
4561014        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 14 2020 19:15:16     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
4564346         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 19:23:15     CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
4561023        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 19:23:34
                 Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
                 Denver, CO 80237-3485
4561025        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 19:23:51     Capital 1 Bank,
                 Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
4590823         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 14 2020 19:14:59     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
4561041        +E-mail/Text: bankruptcy@affglo.com Jan 14 2020 19:14:52     Leading Edge Recovery Solutions,
                 5440 N. Cumberland Ave,    Suite 300,    Chicago, IL 60656-1486
4561042        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 14 2020 19:14:51     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4561044        +E-mail/Text: Bankruptcies@nragroup.com Jan 14 2020 19:15:14     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
4561046        +E-mail/Text: egssupportservices@alorica.com Jan 14 2020 19:14:57     Osi Collect,
                 507 Prudential Rd.,    Horsham, PA 19044-2308
4613317         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 19:23:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4571011         E-mail/Text: bnc-quantum@quantum3group.com Jan 14 2020 19:14:44
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
4561049        +E-mail/Text: colleen.atkinson@rmscollect.com Jan 14 2020 19:15:13     Receivable Management,
                 7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
4561053         E-mail/Text: bnc@alltran.com Jan 14 2020 19:14:29     United Recovery Systems,
                 P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,    Greenville, SC   29603-0587
cr*            +US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
4561017*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561018*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561019*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561020*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561021*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561026*       +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                 Salt Lake City, UT 84130-0285
```

```
District/off: 0314-1              User: AutoDocke            Page 2 of 2                    Date Rcvd: Jan 14, 2020
                                  Form ID: fnldecnd          Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
4561029*          Computer Credit Inc.,    Claim Dept 082515,    P.O. Box 5238,    Winston Salem, NC 27113-5238
4561033*         +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561034*         +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561035*         +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561036*         +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561037*         +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561038*         +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561040*         +Holy Spirit Hospital,    503 North 21st Street,    Camp Hill, PA 17011-2288
4561045*         +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
4561047*         +Osi Collect,    507 Prudential Rd.,    Horsham, PA 19044-2308
4561052*          State Collection Service Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
4973888        ##+Drayer Physical Therapy Institute,    PO Box 30,    Reedsville, PA 17084-0030
                                                                                   TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 2 Windy A Kuntz Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Jason R Kuntz Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jason R Kuntz, **Debtor 1** | Chapter 13 |
| Windy A Kuntz, **Debtor 2** | Case No. 1:14−bk−04883−HWV |

Social Security No.:
    xxx−xx−8845    xxx−xx−6274

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Jason R Kuntz and Windy A Kuntz** in accordance with §1328 of the Bankruptcy Code.

Dated: January 14, 2020

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (05/18)