```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 14-04883-HWV
Jason R Kuntz                                                       Chapter 13
Windy A Kuntz
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2              Date Rcvd: May 28, 2020
                               Form ID: pdf010              Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb        +Jason R Kuntz,    Windy A Kuntz,    712 Erford Road,    Camp Hill, PA 17011-1125
4561013       +Bank of America,    Attn: Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
4804549        Bank of America, N.A.,    P.O. Box 31785,    Tampa FL 33631-3785
4607443        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4561015       +Bradford Exchange Online,    9333 N. Milwaukee Ave,    Niles, IL 60714-1392
4561016        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561022       +Bureau Of Account Mana,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6943
4561024       +CACH, LLC,    c/o Allen Smith Law Firm,    1276 Veteran's hwy, Suite E-1,
                Bristol, PA 19007-2597
4561027       +Cbe Group,    131 Tower Park Dri,    Waterloo, IA 50701-9589
4561028        Computer Credit Inc.,    Claim Dept 082515,    P.O. Box 5238,    Winston Salem, NC 27113-5238
4561031       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
4561032       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4602922        FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
4561039       +Holy Spirit Hospital,    503 North 21st Street,    Camp Hill, PA 17011-2288
4561043       +Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
4561048        Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
4561050       +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
4978167        Sprint Corp Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
                Overland Park KS 66207-0949
4561051        State Collection Service Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
4622497        US Dept of Education,    PO Box 16448,    St. Paul, MN 55116-0448
4561054       +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,    Po Box 1799,
                Akron, OH 44309-1799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4612716       +E-mail/Text: g20956@att.com May 28 2020 21:02:26     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921,    908-532-1957    km1426@att.com 07921-2693
4561012       +E-mail/Text: bkrpt@retrievalmasters.com May 28 2020 21:02:19      Amca,    2269 S Saw Mill,
                Elmsford, NY 10523-3832
4561014       +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 28 2020 21:02:29      Berks Credit & Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
4564346        E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2020 21:13:39      CACH, LLC,
                PO Box 10587,    Greenville, SC 29603-0587
4561023       +E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2020 21:13:32
                Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
                Denver, CO 80237-3485
4561025       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 21:03:01      Capital 1 Bank,
                Attn: General Correspondence,    Po Box  30285,    Salt Lake City, UT 84130-0285
4561030       +E-mail/Text: ebnnotifications@creditacceptance.com May 28 2020 21:02:11      Credit Acceptance,
                Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,    Southfield, MI 48034-8331
4590823        E-mail/Text: JCAP_BNC_Notices@jcap.com May 28 2020 21:02:23      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-
4561041       +E-mail/Text: bankruptcy@affglo.com May 28 2020 21:02:20      Leading Edge Recovery Solutions,
                5440 N. Cumberland Ave,    Suite 300,    Chicago, IL 60656-1486
4561042       +E-mail/Text: bankruptcydpt@mcmcg.com May 28 2020 21:02:19      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4561044       +E-mail/Text: Bankruptcies@nragroup.com May 28 2020 21:02:28      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
4561046       +E-mail/Text: egssupportservices@alorica.com May 28 2020 21:02:22      Osi Collect,
                507 Prudential Rd.,    Horsham, PA 19044-2308
4613317        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 21:13:31
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4571011        E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 21:02:16
                Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                Kirkland, WA  98083-0788
4561049       +E-mail/Text: colleen.atkinson@rmscollect.com May 28 2020 21:02:28      Receivable Management,
                7206 Hull Street Rd Ste,    North Chesterfield, VA 23235-5826
4561053        E-mail/Text: bnc@alltran.com May 28 2020 21:02:13      United Recovery Systems,
                P.O. Box 722929,    Houston, TX 77272-2929
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*            +US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
4561017*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561018*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561019*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561020*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561021*        Bur Acct Mgm,    3607 Rosemont Avenue, Suite 502,    P.O. Box 8875,    Camp Hill, PA 17001-8875
4561026*       +Capital 1 Bank,    Attn: General Correspondence,    Po Box  30285,
                Salt Lake City, UT 84130-0285
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
4561029*         Computer Credit Inc.,    Claim Dept 082515,    P.O. Box 5238,    Winston Salem, NC 27113-5238
4561033*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561034*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561035*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561036*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561037*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561038*        +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
4561040*        +Holy Spirit Hospital,    503 North 21st Street,    Camp Hill, PA 17011-2288
4561045*        +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
4561047*        +Osi Collect,    507 Prudential Rd.,    Horsham, PA 19044-2308
4561052*         State Collection Service Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
4973888       ##+Drayer Physical Therapy Institute,    PO Box 30,    Reedsville, PA 17084-0030
                                                                                     TOTALS: 0, * 19, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com,
           bkgroup@kmllawgroup.com
          Stephen Wade Parker    on behalf of Debtor 2 Windy A Kuntz Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 1 Jason R Kuntz Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          :
Jason R. Kuntz                                  :           Case No: 1:14-bk-04883-HWV
Windy A. Kuntz                                  :
    Debtors                   :           Chapter 13

## ORDER

Upon consideration of Debtors' Motion to Reopen (the "Motion") it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened to allow Debtors to file Certifications Regarding Domestic Support Obligations so that Debtors can obtain a discharge in this case.

Dated: May 28, 2020                By the Court,

                                           Henry W. Van Eck, Chief Bankruptcy Judge (LS)